**Exhibit A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and CIMA LABS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br> Defendant. | Civil Action No. 11-1152-SLR-MPT |

**STIPULATED JUDGMENT AND INJUNCTION**

WHEREAS, the Court has been advised that the parties have settled and resolved their differences and have entered into and submitted to the Court an agreement setting out the terms and conditions of the settlement, having an effective date of June 21, 2013 ("June 21, 2013 Agreement"), and as part of such agreement have agreed to the dismissal of this case in accordance with the entry of this Order; and

WHEREAS, this action for patent infringement is dismissed with prejudice pursuant to the June 21, 2013 Agreement (which has been reviewed by the Court), and the parties having submitted to the continuing jurisdiction of this Court, Honorable Sue L. Robinson, United States District Judge, presiding,

NOW, THEREFORE, upon the consent of the parties hereto, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Pursuant to Rule Fed. R. Civ. P. 41, the above-captioned matter is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

2. The parties submit to and the Court does hereby retain exclusive and continuing jurisdiction over the parties and the subject matter of this action for the purpose of enforcing the June 21, 2013 Agreement and resolving any disputes relating thereto.

IT IS FURTHER ORDERED AND ADJUDGED that, on the acknowledgement and stipulation of the parties, United States Patent Nos. 6,200,604, 6,974,590, 6,264,981, 7,862,832, 7,862,833, 8,092,832, and 8,119,158 are valid and enforceable with respect to Impax ANDA Product and that the manufacture, sale, offer for sale or distribution of the Impax ANDA Product (as that term is defined in the parties' June 21, 2013 Agreement) would infringe said patents;

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiffs are thereby entitled to an injunction pursuant to Fed. R. Civ. P. 65, as follows:

Impax, including its Affiliates, Agents, Successors, and Assigns, is hereby enjoined from manufacturing, selling, offering for sale, or distributing the Impax ANDA Product as defined in the June 21, 2013 Agreement, until the License Effective Date (as that term is defined in the parties' June 21, 2013 Agreement);

Judgment shall be entered by the Clerk of the Court.

IT IS SO ORDERED THIS 16th day of July, 2013.

HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE